# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2017

*The Court of Appeals hereby passes the following order:*

## A17I0171. JESUS ZAPATA RIVERA v. THE STATE.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED. The Applicant's Motion to Transmit Transcript with DVD Exhibit of Traffic Stop is also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/30/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*